**People of the State of Illinois, defendant in error, v. Peter Bohr, plaintiff in error. Gen. No. 40,464.**

Opinion filed March 29, 1939.

Clarence W. Shaver, for plaintiff in error; Louis E. Levinson, of counsel. Thomas J. Courtney, State's Attorney, for defendant in error.

Mr. Justice Hebel delivered the opinion of the court.

**Albert Cervenka, appellee, v. Lawndale National Bank et al., appellants. Gen. No. 40,288.**

Opinion filed April 10, 1939.

Klenha & Greenfield and Kerner, Jaros & Tittle, for appellants. Thomas H. Riley, for appellee; James E. McGrath, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

**Marie Eckwall, plaintiff below, v. Hubert J. Eckwall, defendant below. Appeal of Melville R. Thomson, appellant. Gen. No. 40,312.**

Opinion filed April 10, 1939.

Lloyd M. Brown, for appellant, and Melville R. Thomson, *pro se.* No appearance for appellees.

Mr. Justice Matchett delivered the opinion of the court.